Order Filed on September 8, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Laura Egerman
McCalla Raymer Leibert Pierce, LLP
485F US Highway 1 S
Suite 300
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Movant

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Gregory A Napoli, | Case No. 25-16874-CMG |
| Debtor. | Judge: Christine M. Gravelle |

**CONSENT ORDER RESOLVING PLAN OBJECTION AND OUTLINING THE TREATMENT OF SECURED CREDITOR U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE OF LSRMF MH MASTER PARTICIPATION TRUST II**

The relief set forth on the following pages, number two (2) through two (2) is hereby

ORDERED

**DATED: September 8, 2025**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

Page 2

Debtor: Gregory A Napoli
Case No.: 25-16874-CMG
Caption of Order: **CONSENT ORDER RESOLVING PLAN OBJECTION AND OUTLINING THE TREATMENT OF SECURED CREDITOR U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE OF LSRMF MH MASTER PARTICIPATION TRUST II**

The undersigned parties resolved U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II, ("Secured Creditor") Objection to Plan Confirmation, ECF No. 19, and agree to the following treatment of the secured claim filed by Secured Creditor on the Claims Register as Claim No. 6 (the "Secured Claim"), through Gregory A Napoli's ("Debtor") Chapter 13 Plan, (the "Plan"), with respect to Secured Creditor's lien on Debtor's real property located at 2 Topaz Lane, Lakewood, NJ 08701 ("Property"), as follows and have consented to the entry of the within Order;

**ORDERED AS FOLLOWS:**

1. Secured Creditor's Objection to Plan Confirmation (**ECF No. 19**) is hereby resolved by this Consent Order.

2. The amount to be paid to Secured Creditor for pre-petition arrears through the Chapter 13 Plan is $71,820.34 as set forth in Secured Creditor's timely filed Proof of Claim 6, filed August 12, 2025 and subject to Debtor's right to object to the filed Proof of Claim.

3. In the event the instant Chapter 13 bankruptcy case is dismissed or converted to another chapter under the bankruptcy code prior to Secured Creditor's secured claim being paid in full, the terms of the note and mortgage shall govern.

Consent to Form and Entry

| McCalla Raymer Leibert Pierce, LLP | Collins, Vella & Casello |
|---|---|
| Attorney for the Secured Creditor | Attorney for the Debtor |
| By: /s/ Laura Egerman | By: [signature] |
| Laura Egerman | Joseph Casello |
| Date: 09/07/2025 | Date: 9/5/2025 |