Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 25−16874−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gregory A Napoli
   2 Topaz Lane
   Lakewood, NJ 08701

Social Security No.:
   xxx−xx−9123

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on September 9, 2025.

Dated: September 9, 2025
JAN: wiq

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:   Case No. 25-16874-CMG
Gregory A Napoli   Chapter 13
   Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 3
Date Rcvd: Sep 09, 2025    Form ID: plncf13    Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gregory A Napoli, 2 Topaz Lane, Lakewood, NJ 08701-7389 |
| 520712734 | + | Diane Napoli, 2 Topaz Lane, Lakewood, NJ 08701-7389 |
| 520710011 | + | Seaview Orthopaedic & Medical Assoc., Seaview Pavilion, 1200 Eagle Avenue, Ocean, NJ 07712-7631 |
| 520710013 | + | The Law Office of Stacy Benson, LLC, 141 Union Ave. Suite 3, Middlesex, NJ 08846-1049 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 09 2025 20:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 09 2025 20:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Sep 09 2025 20:46:00 | U.S. Bank Trust National Association, not in its i, c/o McCalla Raymer Leibert Pierce, LLP, Bankruptcy Department, 485F US Highway 1 S, Iselin, NJ 08830 |
| 520710000 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 09 2025 20:55:35 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520745461 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 09 2025 21:11:24 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520725909 | | Email/Text: mrdiscen@discover.com | Sep 09 2025 20:46:00 | Capital One, N.A., successor by merger to Discover, PO Box 3025, New Albany, OH 43054-3025 |
| 520710001 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 09 2025 20:47:00 | Comenity Bank, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 520710002 | | Email/Text: mrdiscen@discover.com | Sep 09 2025 20:46:00 | Discover, DB Financial, PO Box 3025, New Albany, OH 43054-3025 |
| 520710003 | | Email/Text: ECF@fayservicing.com | Sep 09 2025 20:46:00 | Fay Servicing, 1601 LBJ Freeway, Suite 150, Dallas, TX 75234 |
| 520710004 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 09 2025 20:57:40 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 520710005 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 09 2025 20:47:00 | Jefferson Capital Systems LLC, PO Box 7999, Saint Cloud, MN 56302-9617 |
| 520710006 | ^ | MEBN | Sep 09 2025 20:42:11 | KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 520710007 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 09 2025 21:11:02 | LL Bean Mastercard, PO Box 6742, Sioux Falls, |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | SD 57117-6742 |
| 520710008 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 09 2025 20:56:55 | LVNV Funding, c/o Resurgent Capital, PO Box 10587, Greenville, SC 29603-0587 |
| 520710009 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 09 2025 21:11:25 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 520721699 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 09 2025 21:11:43 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520710010 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 09 2025 21:11:24 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 520724687 | | Email/Text: bnc-quantum@quantum3group.com | Sep 09 2025 20:47:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520710012 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 09 2025 21:11:29 | Synchronny Bank, Attn: Bankruptcy Dept., PO Box 71783, Philadelphia, PA 19176-1783 |
| 520776608 | ^ | MEBN | Sep 09 2025 20:43:23 | U.S. Bank Trust National Association et. al., Fay Servicing, LLC, PO Box 814609, Dallas TX 75381-4609 |

TOTAL: 20

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520780330 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 11, 2025            Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Joseph Casello | on behalf of Debtor Gregory A Napoli jcasello@cvclaw.net  jcasello627@gmail.com |
| Laura M. Egerman | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Matthew K. Fissel | |

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 09, 2025 | Form ID: plncf13 | Total Noticed: 24 |

on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5