**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**TRENTON DIVISION**

IN RE:                                                                    CASE NO.: 25-16874-CMG
                                                                          CHAPTER 13
**Gregory A Napoli,**
   **Debtor.**

_____/

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust <br> Name of Transferee | U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II <br> Name of Transferor |
| Name and Address where notices to Transferee should be sent: <br> Selene Finance LP <br> Attn: BK Dept <br> 3501 Olympus Blvd, Suite 500 <br> Dallas, TX 75019 | Court Claim # (if known): 6-1 <br> Amount of Claim: $468,969.52 <br> Date Claim Filed: 8/12/2025 |
| Phone: 877-735-3637 <br> Last Four Digits of Acct #: 6892 | Phone: 800-495-7166 <br> Last Four Digits of Acct #: 0206 |

Name and Address where Transferee payments
should be sent (if different from above):
Selene Finance LP
Attn: BK Dept
3501 Olympus Blvd, Suite 500
Dallas, TX 75019

Phone: 877-735-3637
Last Four Digits of Acct #: 6892

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Levi Chaimowitz                              Date: 02/11/2026

Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 12th, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Gregory A Napoli
2 Topaz Lane
Lakewood, NJ 08701

*And via electronic mail to:*

Joseph Casello
Collins, Vella & Casello
2430 Route 34 B12
Manasquan, NJ 08736

Trustee
Albert Russo
Standing Chapter 13 Trustee
CN 4853
Trenton, NJ 08650-4853

U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102

By: /s/ Ava Fasano-Herman

Email: afasanoherman@raslg.com