**Form 210B (12/09, as revised 1/4/17)**

# United States Bankruptcy Court

## District Of New Jersey

In re _Gregory A. Napoli_____,     Case No. _25-16874_____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. __6__ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____February 12, 2026_____.

US Bank Trust Nat'l Assoc et al
Name of Alleged Transferor

US Bank Trust National Association
Name of Transferee

Address of Alleged Transferor:
Fay Servicing, LLC
PO Box 814609
Dallas TX 75381-4609

Address of Transferee:
Selene Finance LP
Attn: BK Dept
3501 Olympus Blvd, Suite 500
Dallas, TX 75019

| ~~DEADLINE TO OBJECT TO TRANSFER~~ |
|---|

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _February 13, 2026_____

Jeanne A. Naughton
**CLERK OF THE COURT**