Office Mailing Address:

Albert Russo, Trustee
Standing Chapter 13 Trustee
PO Box 4853
Trenton, NJ  08650-4853

Send Payments **ONLY** to:

Albert Russo, Trustee
PO Box 933
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2025 to 02/19/2026
**Chapter 13 Case No. 25-16874 / CMG**

Gregory A Napoli

Petition Filed Date: 06/30/2025
341 Hearing Date: 07/31/2025
Confirmation Date: 09/03/2025

Case Status: Open / Confirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 07/30/2025 | $750.00 | | 08/27/2025 | $750.00 | | 09/02/2025 | $750.00 | |
| 09/03/2025 | $250.00 | 4490933 | 09/24/2025 | $750.00 | | 10/22/2025 | $1,684.00 | |
| 11/26/2025 | $1,684.00 | | 12/29/2025 | $1,684.00 | | 01/28/2026 | $1,684.00 | |

**Total Receipts for the Period:  $9,986.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing:  $9,986.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Gregory A Napoli | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Joseph Casello, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $2,750.00 | $2,750.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $2,169.03 | $0.00 | $2,169.03 |
| 2 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $2,753.31 | $0.00 | $2,753.31 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» LANDS END VISA CREDIT CARD | Unsecured Creditors | $1,177.38 | $0.00 | $1,177.38 |
| 4 | CAPITAL ONE, N.A., SUCCESSOR BY MERGER T( DISCOVER BANK | Unsecured Creditors | $4,069.70 | $0.00 | $4,069.70 |
| 5 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $581.03 | $0.00 | $581.03 |
| 6 | US BANK TRUST, NA<br>»» P/2 TOPAZ LN/1ST MTG/CONSENT ORDER 9/8/25 | Mortgage Arrears | $71,820.34 | $4,901.89 | $66,918.45 |
| 7 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» ASPIRE CREDIT CARD | Unsecured Creditors | $1,276.44 | $0.00 | $1,276.44 |

**Chapter 13 Case No. 25-16874 / CMG**

| SUMMARY | | |
|---|---|---|
| Summary of all receipts and disbursements from date filed through 2/19/2026: | | |

| | | | |
|---|---|---|---|
| Total Receipts: | $9,986.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $7,651.89 | Current Monthly Payment: | $1,684.00 |
| Paid to Trustee: | $774.73 | Arrearages: | $684.00 |
| Funds on Hand: | $1,559.38 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for** *FREE*! **Register today at www.ndc.org or**
**scan this code to get started.**

