Office Mailing Address:
Albert Russo, Trustee
PO Box 4853
Trenton, NJ  08650-4853

Send Payments **ONLY** to:
Albert Russo, Trustee
PO Box 933
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2025 to 02/25/2026
### Chapter 13 Case No. 25-16874 / CMG

Gregory A Napoli
2 Topaz Lane
Lakewood, NJ   08701

Petition Filed Date: 06/30/2025
341 Hearing Date: 07/31/2025
Confirmation Date: 09/03/2025

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 07/30/2025 | $750.00 | TFS | 08/27/2025 | $750.00 | TFS | 09/02/2025 | $750.00 | TFS |
| 09/03/2025 | $250.00 | 4490933 | 09/24/2025 | $750.00 | TFS | 10/22/2025 | $1,684.00 | TFS |
| 11/26/2025 | $1,684.00 | TFS | 12/29/2025 | $1,684.00 | TFS | 01/28/2026 | $1,684.00 | TFS |
| 02/25/2026 | $1,684.00 | TFS | | | | | | |

**Total Receipts for Period: $11,670.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $11,670.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| | Gregory A Napoli | Debtor Refund | $0.00 | $0.00 | $0.00 |
| | Joseph Casello, Esq. »» ATTY DISCLOSURE | Attorney Fees | $2,750.00 | $2,750.00 | $0.00 |
| 1 | LVNV FUNDING LLC »» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $2,169.03 | $0.00 | $2,169.03 |
| 2 | LVNV FUNDING LLC »» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $2,753.31 | $0.00 | $2,753.31 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR »» LANDS END VISA CREDIT CARD | Unsecured Creditors | $1,177.38 | $0.00 | $1,177.38 |
| 4 | CAPITAL ONE, N.A., SUCCESSOR BY MERGER TO DISCOVER BANK | Unsecured Creditors | $4,069.70 | $0.00 | $4,069.70 |
| 5 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $581.03 | $0.00 | $581.03 |
| 6 | US BANK TRUST, NA »» P/2 TOPAZ LN/1ST MTG/CONSENT ORDER 9/8/25 | Mortgage Arrears | $71,820.34 | $4,901.89 | $66,918.45 |
| 7 | JEFFERSON CAPITAL SYSTEMS, LLC »» ASPIRE CREDIT CARD | Unsecured Creditors | $1,276.44 | $0.00 | $1,276.44 |

**Chapter 13 Case No. 25-16874 / CMG**

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/25/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $11,670.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $7,651.89 | Current Monthly Payment: | $1,684.00 |
| Paid to Trustee: | $899.35 | Arrearages: | ($1,000.00) |
| Funds on Hand: | $3,118.76 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.tfsbillpay.com to register!**

**View your case information online for *FREE*!  Register today at www.ndc.org or scan this code to get started!**



EOF