UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

COLLINS, VELLA & CASELLO, LLC
2430 Highway 34, B12
Manasquan, NJ 08736
(732) 751-1766
Joseph M. Casello, Esq.
Attorney for the Debtor

| | | |
|---|---|---|
| In Re: Gregory Napoli | Case No.: | 25-16874 |
| | Judge: | Gravelle |
| | Chapter: | 13 |

**CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION**

The debtor in this case opposes the following **(choose one)**:

1. ☒ Motion for Relief from the Automatic Stay filed by Selene Finance, creditor,

   A hearing has been scheduled for September 16, 2026, at 9:00.

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for ____________, at ______.

   ☐ Certification of Default filed by ____________,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

   ☒ Payments have been made in the amount of $ $2,094.88, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☐ Other **(explain your answer)**:

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 9/15/2026 [signature]
Debtor's Signature

Date: ______________________ ______________________________
Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

PNC

**Account Number**

| Post Date | Effective Date | Amount | Balance | DCN | Stm | Type | Description |
|---|---|---|---|---|---|---|---|
| 08/13/2026 | 08/13/2026 | $2,094.88 | $174.77 | D | | ACH | 2005186892 MORT PYMNTSELENE FINANCE 00026224009755487 |
| 06/11/2026 | 06/11/2026 | $2,094.88 | $320.26 | D | Y | ACH | 2005186892 MORT PYMNTSELENE FINANCE 00026161015774093 |
| 05/14/2026 | 05/14/2026 | $2,094.88 | $398.78 | D | Y | ACH | 2005186892 MORT PYMNTSELENE FINANCE 00026133011228145 |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| 03/12/2026 | 03/12/2026 | $2,094.88 | $645.59 | D | Y | ACH | 2005186892 MORT PYMNTSELENE FINANCE 00026070014371112 |
| 02/17/2026 | 02/17/2026 | $2,094.88 | $6,068.23 | D | Y | ACH | 2005186892 MORT PYMNTSELENE FINANCE 00026044013825867 |
| 12/19/2025 | 12/19/2025 | $2,094.88 | $188.21 | D | Y | ACH | 0000310206 ACH PMTS FAY SERVICING 00025352012729168 |
| 11/14/2025 | 11/14/2025 | $2,094.88 | $2,403.08 | D | Y | ACH | 0000310206 ACH PMTS FAY SERVICING 00025317008150689 |
| 09/12/2025 | 09/12/2025 | $2,094.88 | $177.61 | D | Y | ACH | 0000310206 ACH PMTS FAY SERVICING 00025254013735983 |
| 08/15/2025 | 08/15/2025 | $2,094.88 | $531.17 | D | Y | ACH | 0000310206 ACH PMTS FAY SERVICING 00025226011145481 |